Vincent M. Spohn, Esq.  (SBN 092334)
*vms@vspohnlaw.com*
Law Offices of Vincent Martin Spohn, APC
1005 Jefferson Street, P.O. Box 5748
Napa, California  94581-0748
Telephone:     (707) 255-1885
Facsimile:      (707) 255-0974

Attorney for Plaintiff
LARRY SWANSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SWANSON, an individual, | Case No.:  3:14-cv-04423 KAW |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| GARRETT WADE, a police officer; THOMAS KEENER, a police officer; CITY OF NAPA POLICE DEPARTMENT; and DOES 1 through 20, inclusive. | |
| Defendants. | |

The parties acting by and through their attorneys agree to a dismissal with prejudice the entire action, each side to bear its own costs and attorney's fees.

Dated:  November 7, 2014            LAW OFFICES OF VINCENT M. SPOHN, A.P.C.

By            /S/
           Vincent M. Spohn, Esq.
      Attorney for Plaintiff LARRY SWANSON

| | | |
|---|---|---|
| 1 | Dated:  November 7, 2014 | BERTRAND, FOX & ELLIOT |
| 2 | | By _____/S/_____ |
| | | Gregory Fox, Esq. |
| 3 | | Meaghan A. Snyder, Esq. |
| | | Attorney for Defendants GARRETT WADE, |
| 4 | | THOMAS KEENER and CITY OF NAPA POLICE DEPARTMENT |

      IT IS SO ORDERED.

Dated:  __11/12_____, 2014        ___Kandis Westmore_____

                                              Kandis A. Westmore
                                              United States Magistrate Judge

STIPULATION FOR DISMISSAL                                      Case No.:   3:14-cv-04423 KAW